## BECKLEY v. STATE OF INDIANA.

[No. 11,303.   Filed February 3, 1922.]

CRIMINAL LAW.—*Motion in Arrest of Judgment.*—*Time for Making.*—A motion in arrest of judgment must be made before judgment.

From Marion Criminal Court (51,566) ; *James A. Collins,* Judge.

Prosecution by the State of Indiana against Paul Beckley. From a judgment of conviction, the defendant appeals. *Affirmed.*

*Holmes & McCallister,* for appellant.

*U. S. Lesh,* Attorney-General, and *Mrs. Edward Franklin White,* for the state.

MCMAHAN, J.—Appellant was convicted of contributing to the delinquency of a girl under eighteen years. Several days after the judgment was rendered, he filed a motion in arrest of judgment, which was overruled. The only error assigned is that the court erred in overruling this motion. Since a motion in arrest of judgment must be made before judgment and not after, there was no error in overruling this motion. *Hilligoss* v. *Pittsburgh, etc., R. Co.* (1872), 40 Ind. 112; 16 C. J. p. 1263, §2814.

Judgment affirmed.